JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| KORTTNEY ELLIOTT, | ) Case No. CV 22-3813 FMO (PVCx) |
|---|---|
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| ALMA LINDA MEJIA, | ) |
| Defendant. | ) |

IT IS ADJUDGED that the above-captioned case is dismissed without prejudice.

Dated this 9th day of September, 2022.

/s/
Fernando M. Olguin
United States District Judge